## Mellon National Bank & Trust Co. *v.* Venture Inn of Corry, Inc., Appellant.

 Argued November 12, 1973. *Michael J. Pugliese,* for appellant; *Gerald C. Paris,* with him *Reed, Smith, Shaw & McClay,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.